IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Creative Glassware Industrial Co. Ltd** | | Hearing Date: |
| | Plaintiff/Petitioner | INDEX NO:   **22-cv-4074** |
| vs. | | Index Date:   **05/19/2022** |
| **Lifestyle International LLC** | | AFFIDAVIT OF SERVICE OF: |
| | Defendant/Respondent | **Summons; Complaint** |

Received by **Paul Grosswald**, on the **20th day of May, 2022 at 2:44 PM** to be served upon **LIFESTYLE INTERNATIONAL LLC** at **195 Raritan Center Parkway, Edison, Middlesex County, NJ 08837**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of May, 2022 at 9:04 AM** at the address of **195 Raritan Center Parkway, Edison, Middlesex County, NJ 08837**, this affiant served the above described documents upon **LIFESTYLE INTERNATIONAL LLC** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Arlene Sanchez, I delivered the documents to Arlene Sanchez who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. She confirmed that she is the receptionist and she is authorized to accept service.**

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on  May 24 , 20 22 .

_Paul Grosswald_

**Paul Grosswald, Reg. # 4071411, New York State Unified Court System, NJ**
ABC Legal Services, LLC
DCA Lic. #1380619 Exp. 02/28/24
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF ~~NEW YORK~~ New Jersey COUNTY OF Union
SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ OF May 2022 BY _Paul S Grosswald_ (AFFIANT NAME)

CRAIG C MEADE
Notary Public, State of New Jersey
My Commission Expires Sep 16, 2026

SIGNATURE OF NOTARY PUBLIC

PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME
PERSONALLY KNOWN____ OR PRODUCED IDENTIFICATION ✓
TYPE OF IDENTIFICATION PRODUCED  New Jersey Drivers License

