**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Creative Glassware Industrial Co., Ltd

           **Plaintiff(s),**

        **- against -**

Lifestyle International LLC

           **Defendant(s),**
-------------------------------------------------------------X

1:22 **Civ.** 4074 (LLS)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on**

May 18, 2022 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Lifestyle International LLC

**by personally serving** Arlene Sanchez, who is the person authorized to accept service **,**

*and proof of service was therefore filed on* June 3, 2022 *, Doc. #(s)* 10 **.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      June 22 **, 20** 22

          **RUBY J. KRAJICK**
           **Clerk of Court**

         **By:** *K. mango*
                **Deputy Clerk**