## MEMORANDUM OF AFFIRMANCE

<u>CREATIVE GLASSWARE INDUSTRIAL CO. LTD. v. LIFESTYLE INTERNATIONAL LLC</u>, 22 CV. 4074 (LLS)

The November 29, 2022 Report & Recommendation of Magistrate Judge Cott is thorough, meticulously reasoned and would be affirmed on the materials before him, but in light of plaintiff's December 9, 2022 and December 13, 2022 submissions to the Court is amended to find liability and award damages as follows, and otherwise adopted.

Judgment on default will be entered denying plaintiff's claims that defendant be directed to take possession of the shipping containers, and its claim for attorney's fees; but in favor of plaintiff Creative Glassware Industrial Co. Ltd. and against defendant Lifestyle International LLC in the total amount of $198,189.20 consisting of $71,587.20 for the goods ordered, $57,090 Ocean Freight, and $68,950 demurrage with interest thereon from January 15, 2022, and $562 Court costs and disbursements.

So ordered.

Dated: New York, New York
December 14, 2022

                                                             *Louis L. Stanton*
                                                       LOUIS L. STANTON
                                                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/22