**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CREATIVE GLASSWARE INDUSTRIAL CO.
LTD.,

       Plaintiff,       22 **CIVIL** 4074 (LLS)(JLC)

   -against-         <u>**DEFAULT JUDGMENT**</u>

LIFESTYLE INTERNATIONAL LLC,

       Defendant.
-----------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum of Affirmance dated December 14, 2022, the Report & Recommendation of Magistrate Judge Cott is thorough, meticulously reasoned and would be affirmed on the materials before him, but in light of plaintiffs December 9, 2022 and December 13, 2022 submissions to the Court is amended to find liability and award damages as follows, and otherwise adopted. Judgment on default is entered denying plaintiff's claims that defendant be directed to take possession of the shipping containers, and its claim for attorney's fees; but in favor of plaintiff Creative Glassware Industrial Co. Ltd. and against defendant Lifestyle International LLC in the total amount of $198,189.20 consisting of $71,587.20 for the goods ordered, $57,090 Ocean Freight, and $68,950 demurrage with interest thereon from January 15, 2022, and $562 Court costs and disbursements.

**Dated:**  New York, New York
    December 19, 2022

          **RUBY J. KRAJICK**

          **Clerk of Court**

   **BY:**  K. mango

          **Deputy Clerk**